GUSTAV H. KNAUTH, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

GRETA MARKS, Respondent, v. BENJAMIN HOROWITZ and JOSEPH HOROWITZ, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the December term (for which term the case is set down), and be ready for argument when reached; otherwise motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

MARCUS M. McCULLOUGH, as Trustee, etc., Respondent, v. LOUISA AUDITORE, Defendant. FRANK AUDITORE, Appellant.— Motion to compel respondent to accept notice of appeal granted. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

ROSE M. PALMER and Another, Respondents, v. ROTARY REALTY COMPANY, INC., and Others, Appellants.— Motion to dismiss appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

THE PEOPLE'S NATIONAL BANK OF SALEM, Respondent, v. HALL & RUCKEL, INC., Appellant. MARCEL J. VON WERTAUR and Others, Defendants.— Motion for a consolidation and diminishing of the record, in the form shown by the printed proof filed with the motion papers, granted. In the event that respondent's attorney should refuse to stipulate to this effect, the clerk is directed to certify the record accordingly. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS MALKIN and Others, Appellants.— Motion to extend time in which to argue appeal denied for failure to show merit in the application. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES PARTON, Appellant.— Motion to dismiss appeal granted for failure on the part of appellant to show merit in the appeal, as required by rule 12.* Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH TAORMINA (JOSEPH FAORMINA), Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term the case is set down), and be ready for argument when reached; otherwise, motion granted. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VITO BERTINI, Appellant, v. INDEPENDENT ORDER SONS OF ITALY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.